IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SONJA EVERSMEYER
  on behalf of T.W.,
    a minor child                                               Plaintiff

v.                           1:11CV00048 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                            Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 2nd day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE